IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CV255-1-MU

| | |
|---|---|
| JACK MOORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| SIDNEY HARKLEROAD, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** comes before the Court upon the Petitioner's Petition for Writ of Habeas Corpus, Petitioner's Motion for Appointment of Counsel, and Petitioner's Motion for discovery, all filed August 22, 2006.

Petitioner requests that the Court appoint him counsel to assist him with his federal habeas petition. There is no constitutional right to counsel in proceedings under 28 U.S.C. §2254. Crowe v. United States, 175 F.2d 799 (4th Cir. 1949), cert. denied, 338 U.S. 950 (1950). Furthermore, the Petitioner is adequately representing himself. Consequently, Petitioner's Motion for Appointment of Counsel is denied.

Petitioner also asks this Court to order the production of various documents. Petitioner's discovery requests are premature and are denied at this time.

After careful review of the motion and case file, the undersigned finds that the Attorney General should file an Answer detailing Petitioner's allegations and responding to each.

**THEREFORE, IT IS HEREBY ORDERED** that;

1. Petitioner's Motion for Discovery is DENIED;

2. Petitioner's Motion for Appointment of Counsel is DENIED; and

3. No later than forty (40) days from the filing of this Order, the Attorney General shall file an Answer to Petitioner's Petition for Writ of Habeas Corpus, detailing Petitioner's allegations and responding to each.

Signed: August 30, 2006

Graham C. Mullen
United States District Judge