IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CV255-1-MU

| | | |
|---|---|---|
| JACK MOORE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| SIDNEY HARKLEROAD, | ) | |
| | ) | |
| Respondent. | ) | |

**THIS MATTER** comes before the Court upon its own motion.

On August 30, 2006, this Court entered an Order denying Petitioner's request for counsel and discovery and directing the Attorney General to respond to Petitioner's federal habeas petition within forty days. It has come to the Court's attention that the Attorney General was never sent a copy of the Order directing a response. Consequently, this Order will start the time period for the Attorney General to respond to Petitioner's federal habeas petition.

**THEREFORE, IT IS HEREBY ORDERED** that no later than forty (40) days from the filing of this Order, the Attorney General shall file an Answer to Petitioner's Petition for Writ of Habeas Corpus, detailing Petitioner's allegations and responding to each.

Signed: October 16, 2006

Graham C. Mullen
United States District Judge