IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CV255-1-MU

| | |
|---|---|
| JACK MOORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| SIDNEY HARKLEROAD, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon Petitioner's Motion to Correct Docket Discrepancies, filed August 21, 2007.

On August 22, 2006, Petitioner filed a petition for writ of habeas corpus with this Court. On January 17, 2007, this Court dismissed Petitioner's habeas petition. On July 20, 2007, the United States Court of Appeals for the Fourth Circuit dismissed Petitioner's appeal. Petitioner then filed the instant motion regarding alleged discrepancies with the docketing of his case. Petitioner fails to assert how the alleged discrepancies would have any impact on the outcome of his case.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Motion to Correct Docket Discrepancies is **DENIED**;

Signed: March 24, 2008

Graham C. Mullen
United States District Judge