IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06CV255-1-MU

JACK MOORE, )
)
    Petitioner, )
)
v. ) **O R D E R**
)
SIDNEY HARKLEROAD, )
)
    Respondent. )
_____)

**THIS MATTER** comes before the Court upon Petitioner's Motion to Review Case (Doc. No. 69), filed November 23, 2010.

On August 22, 2006, Petitioner filed a federal habeas petition pursuant to 28 U.S.C. § 2254 with this Court. (Doc. No. 1) On January 17, 2007, this Court dismissed Petitioner's petition without prejudice for failure to exhaust his state court remedies. (Doc. No. 19.) On May 5, 2009, the United States Court of Appeals for the Fourth Circuit denied Petitioner's Motion for Certificate of Appealability and dismissed his appeal. (Doc. No. 67.)

Petitioner has now filed a motion asking the Court to review his case. Petitioner provides no authority or basis for this Court to take such an action.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner's Motion to Review Case (Doc. No. 69) is **DENIED**.

Signed: November 29, 2010

Graham C. Mullen
United States District Judge